"O"



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 7 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 8:17-mj-00302 |
|---|---|
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| RANDY JOHN CLAYTON, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Nature of current allegations, evidence of drug possession/use while on supervision, multiple failures to report, lengthy criminal history including probation/parole violations*

and

B. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *Nature of current allegations, evidence of drug possession/use while on supervision, multiple failures to report, lengthy criminal history including probation/parole violations*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: Sept. 7, 2017

JOHN D. EARLY
United States Magistrate Judge